THE PEOPLE OF THE STATE OF NEW YORK ex rel. WILLIAM S. DEVERY, Appellant, *v.* MICHAEL C. MURPHY, as Police Commissioner of the City of New York, Respondent.

*People ex rel. Devery* v. *Murphy,* 72 App. Div. 615, affirmed.
(Submitted November 12, 1902; decided January 6, 1903.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered May 20, 1902, which affirmed an order of Special Term denying a motion for a peremptory writ of mandamus to compel the defendant to certify on the payroll of the police department of the city of New York that defendant is entitled to the salary of chief of police for the months of February to August, 1901, inclusive.

*Judson S. Landon, Abram I. Elkus* and *Carlisle J. Gleason* for appellant.

*George L. Rives, Corporation Counsel* (*Theodore Connoly* and *Terence Farley* of counsel), for respondent.

Order affirmed on authority of *People ex rel. Devery* v. *Coler* (173 N. Y. 103), with disbursements, but without costs.

Concur: PARKER, Ch. J., O'BRIEN, BARTLETT, HAIGHT, MARTIN and CULLEN JJ. Absent: VANN, J.